IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TWENTIETH CENTURY FOX FILM   :
CORPORATION, a Delaware corporation,

             :  Case No. 2:05-cv-378
     Plaintiff,

             :  Judge Sargus
  v.

             :  Magistrate Judge Abel
RICHARD GRANT,

             :
     Defendant.

## ORDER

  This matter is before the Court on Magistrate Judge Abel's September 22, 2005 Report and Recommendation that Plaintiff Twentieth Century Fox Film Corporation's August 10, 2005 request for entry of default (doc. 10) and September 6, 2005 application for entry of default judgment (doc. 12) be granted.

  No objections have been filed to the Report and Recommendation. Upon *de novo* review as required by 28 U.S.C. § 636(b)(1)(B) the Court ADOPTS the Report and Recommendation.

  Accordingly, **JUDGMENT** is entered against Defendant Richard Grant in the amount of $6,000. Further, Defendant Richard Grant is **ENJOINED** from  directly or indirectly infringing Fox's rights under federal and/or state law for the *Garfield* motion picture and in any other motion picture, whether in existence or later created, that is owned or created by Fox. This includes, but is not limited to, enjoining Grant from using the Internet or any online media distribution system to reproduce or download any of Fox's motion pictures, to distribute or upload any of Fox's motion pictures, or to make any of Fox's motion pictures available for

1

distribution to the public except pursuant to a lawful license or with the express authority of Fox.

Grant should is further ORDERED to destroy all copies of Fox's motion pictures that he has

downloaded onto any computer hard drive or server without Fox's authorization. Grant is further

ORDERED to destroy any and all copies of these downloaded recordings that have been

transferred onto any physical medium or device in Grant's custody, control, or possession.

Finally, Defendant Richard Grant is **ORDERED** to pay Plaintiff's attorneys' fees in the amount

of $1,801.

Algenon D. Marbley, Judge
United States District Court

2